## LIDGETT ag$^t$ TUCKER

Elisabeth Lidget widdow Executrix to the last will and Testament of Peter Lidget late of Boston plaint. ag$^t$ Francis Tucker Defend$^t$

in an action of the case for refuseing quietly to give possession of one halfe part of the pinke Prosperous of Piscataqua formerly belonging to William Bickham but since unto the s$^d$ Peter Lidgett by virtue of a bill of Sale as may appeare with all other due damages according to attachm$^t$ dat$^d$ March. 30° 1677. . . . The Jury . . . found for the Defend$^t$ costs of Court allow$^d$ thirty four Shillings and eight pence.